UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:03-00201 |
| | ) | JUDGE CAMPBELL |
| TAZZ SPENCER BOLES | ) | |

## ORDER

Pending before the Court is a Second Motion to Reset Revocation Hearing (Docket No. 103). The Motion is GRANTED.

The hearing on the Petition (Docket No. 95) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED for March 20, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE